UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB FAY LUKE, SR. | CIVIL ACTION |
| VERSUS | NO. 19-14605 |
| STEPHEN BERGERON, *et al.* | SECTION M (3) |

## ORDER

Before the Court is the motion of defendants Richard "Petie" Neal and Nurse Dominique to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim,[1] to which plaintiff Jacob Fay Luke, Sr. filed an opposition.[2] Having reviewed the parties' memoranda, the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation,[3] and the lack of any objections thereto, the Court hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the motion of defendants Richard "Petie" Neal and Nurse Dominique to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim (R. Doc. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims against Richard "Petie" Neal and Nurse Dominique are dismissed with prejudice.

New Orleans, Louisiana, this 22nd day of September, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 17.
[2] R. Doc. 25.
[3] R. Doc. 31.