UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB FAY LUKE, SR. | CIVIL ACTION |
| VERSUS | NO. 19-14605 |
| STEPHEN BERGERON, *et al.* | SECTION M (3) |

## ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 38), and the failure of any party to file an objection to the Report and Recommendation, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter except that the claims are dismissed without prejudice. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 17th day of December, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE